**Motion Granted and Order filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00019-CV

_____

## IN RE VALERUS COMPRESSION SERVICES, LP, VALERUS COMPRESSION SERVICES MANAGEMENT LLC, TPG CAPITAL LLC, TPG V VE, LP, AND TPG VI VE, LP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-69580**

---

## ORDER

On January 8, 2014, relators Valerus Compression Services, LP, Valerus Compression Services Management LLC, TPG Capital LLC, TPG V VE, LP, and TPG VI VE, LP filed a petition for writ of mandamus in this court. Relators ask

this court to order the Honorable Elizabeth Ray, Judge of the 165th District Court, in Harris County, Texas, to set aside her order dated January 7, 2014, in trial court number 2013-69580, styled *James J. Woodcock, et al. v. Seeking Depositions of the Corporate Representatives of Valerus Compression Services, LP, et al.* Relators claim respondent abused her discretion by granting real parties in interest's Verified Petition for Oral Depositions with Duces Tecum to Investigate Claim Pursuant to Rule 202.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 8, 2014, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the trial court's January 7, 2014 order granting real parties in interest's Verified Petition for Oral Depositions with Duces Tecum to Investigate Claim Pursuant to Rule 202 in trial court cause number 2013-69580, *James J. Woodcock, et al. v. Seeking Depositions of the Corporate Representatives of Valerus Compression Services, LP, et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest to file a response to the petition for writ of mandamus on or before **January 29, 2014.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.